IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:   16-2017-CA-3596

DIVISION:   CV-B

AVA FIELDS and WILBUR FIELDS,

      Plaintiff,

v.

USAA GENERAL INDEMNITY COMPANY,

      Defendant.

_____/

## AMENDED COMPLAINT

Plaintiffs, **AVA FIELDS** and **WILBUR FIELDS**, by and through the undersigned attorney, files this Amended Complaint against the Defendant, **USAA GENERAL INDEMNITY COMPANY**, and alleges as follows:

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, Plaintiff, **AVA FIELDS**, was and is a resident of St. Johns, St. Johns County, Florida..

3. That at all times material hereto, Plaintiff, **WILBUR FIELDS**, was and is a resident of St. Johns, St. Johns County, Florida.

4. The Defendant, **USAA GENERAL INDEMNITY COMPANY**, is authorized to do business in the State of Florida and is in the business of selling automobile liability insurance and has an office in Duval County, Florida.

USAA Confidential

EXHIBIT A

0901119c9b1dca7c

5.  The collision giving rise to this action occurred on September 1, 2016 at the intersection of Greenbriar Road and Longleaf Pine Parkway, in St. Johns, St. Johns County, Florida.

6.  At all times material hereto, Plaintiff, **AVA FIELDS**, was the operator of a 2016 Volkswagen Passat.

7.  On or about September 1, 2016, **SARAH PARSONS**, an uninsured/underinsured motorist, breached her duties to operate her automobile safely and avoid contact with other vehicles when she caused a collision with Plaintiff's vehicle.

## COUNT I

### UNDERINSURED MOTORIST CLAIM AGAINST DEFENDANT USAA GENERAL INDEMNITY COMPANY

8.  That the Plaintiff, **AVA FIELDS**, brings this action on behalf of herself.

9.  Plaintiff realleges and reavers Paragraphs 1 through 7 as if fully set forth herein.

10. The Plaintiff, **AVA FIELDS**, is entitled to relief against the Defendant, **USAA GENERAL INDEMNITY COMPANY,** upon the following facts:

11. On or about September 1, 2016, Plaintiff, **AVA FIELDS**, had in full force and effect an automobile insurance policy with **USAA GENERAL INDEMNITY COMPANY**, policy number 036737553G71012. A copy of said policy of insurance is attached hereto as Exhibit "A".

12. Said policy provides coverage including uninsured/underinsured motorist coverage.

0901119c9b1dca7c    USAA Confidential

13. On or about September 1, 2016, Plaintiff, **AVA FIELDS'**, 2016 Volkswagen Passat was a covered automobile listed on the declarations page of the **USAA GENERAL INDEMNITY COMPANY** policy in full force and effect.

14. On or about September 1, 2016, at a time when the aforesaid policy was in full force and effect, the vehicle being driven by the Plaintiff, **AVA FIELDS**, was struck by a vehicle negligently operated by an underinsured driver, **SARAH PARSONS**.

15. The underinsured driver, **SARAH PARSONS**, did not maintain sufficient bodily injury liability coverage to fully compensate the Plaintiff, **AVA FIELDS**, for injuries sustained in the accident and consequently, the underinsured driver, **SARAH PARSONS**, is an "uninsured or underinsured motorist" within the terms of the aforementioned policy. The owner of the aforesaid vehicle, **WILLIAM PARSONS**, likewise did not maintain sufficient bodily injury liability coverage to fully compensate the Plaintiff, **AVA FIELDS**, for injuries sustained in the accident and consequently, the underinsured owner, **WILLIAM PARSONS**, is also an "uninsured or underinsured motorist" within the terms of the aforementioned policy.

16. The Plaintiff, **AVA FIELDS**, is entitled to make an uninsured motorist claim under the policy for damages.

17. The Plaintiff, **AVA FIELDS**, complied with all the requirements of the said policy which were applicable by law, but Defendant, **USAA GENERAL INDEMNITY COMPANY**, has refused and/or failed to pay the benefits to which the Plaintiff, **AVA FIELDS**, is entitled.

18. As a direct and proximate result of the aforesaid negligence of the underinsured driver, **SARAH PARSONS**, Plaintiff, **AVA FIELDS**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of

0901119c9b1dca7c

USAA Confidential

life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and plaintiff will suffer the losses in the future. Plaintiff, **AVA FIELDS**, has sustained permanent injuries within a reasonable degree of medical probability.

**WHEREFORE**, the Plaintiff, **AVA FIELDS**, demands judgment for damages and costs against Defendant, **USAA GENERAL INDEMNITY COMPANY**, and a trial by jury on all issues herein.

## COUNT II

### CONSORTIUM CLAIM OF WILBUR FIELDS

Plaintiff, **WILBUR FIELDS**, repeats and realleges paragraphs 1 through 18 as if fully set forth herein and would further state:

19. At all times material hereto, Plaintiff, **WILBUR FIELDS**, was and is the lawful husband of Plaintiff, **AVA FIELDS**.

20. As a direct and proximate result of the aforesaid negligence, Plaintiff, **WILBUR FIELDS,** has been and will be deprived of the care, comfort, companionship and consortium of his wife, **AVA FIELDS**.

21 As a direct and proximate result of the negligence of the Defendants, Plaintiff, **WILBUR FIELDS,** suffered from the loss of his wife's love and affection, and the loss of her services.

**WHEREFORE**, Plaintiff, **WILBUR FIELDS**, demands judgment against Defendant, **USAA GENERAL INDEMNITY COMPANY**, in a sum in excess of fifteen thousand ($15,000.00) dollars, and demands trial by jury on all issues triable of right by jury.

0901119c9b1dca7c    USAA Confidential

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing will be served on the Defendant via private process server.

Dated this 19th day of June, 2017.

                                                  **FARAH & FARAH, P.A.**

                                                  */s/ Jordan S. Coley*
                                                  **JORDAN S. COLEY, ESQUIRE**
                                                  FL Bar No.: 102367
                                                  10 West Adams Street
                                                  Jacksonville, FL 32202
                                                  (904) 396-5555 ▪ (904) 358-5308(Fax)
                                                  Primary: jcoley@farahandfarah.com
                                                  Secondary: mwomble@farahandfarah.com

                                                  **ATTORNEY FOR PLAINTIFFS**

0901119c9b1dca7c

USAA Confidential