**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AVA FIELDS and WILBUR FIELDS,

    Plaintiffs,

                                                  Case No. 3:17-cv-1069-J-34MCR

vs.

USAA GENERAL INDEMNITY COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal (Dkt. No. 23; Stipulation) filed on July 11, 2018. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 12th day of July, 2018.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record